*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 6, 2014                    105033
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

        v                                    MEMORANDUM AND ORDER

MATTHEW KRANENBURG,
                        Appellant.
_____


Calendar Date:  August 4, 2014

Before:  Peters, P.J., Stein, McCarthy, Egan Jr. and Lynch, JJ.

                    _____


        Marshall Nadan, Kingston, for appellant, and appellant
pro se.

        D. Holley Carnright, District Attorney, Kingston (Joan
Gudesblatt Lamb of counsel), for respondent.

                    _____


        Appeal from a judgment of the County Court of Ulster County
(Williams, J.), rendered June 14, 2011, convicting defendant upon
his plea of guilty of the crime of grand larceny in the third
degree by misappropriation of trust funds (two counts).

        In satisfaction of a 13-count indictment charging him with
various crimes, defendant pleaded guilty to two counts of grand
larceny in the third degree by misappropriation of trust funds.
County Court thereafter sentenced defendant — in accordance with
the terms of the plea agreement — to two consecutive terms of 2
to 4 years in prison and imposed restitution in the amount of
approximately $250,000.  Defendant now appeals, and appellate
counsel seeks to be relieved of his assignment upon the ground
that there are no nonfrivolous issues to be raised on appeal.

Appellate counsel mistakenly argues that defendant's guilty plea forecloses any challenge to the severity of the sentence imposed; in fact, such a claim is precluded only where a defendant pleads guilty <u>and</u> validly waives his or her right to appeal (<u>see</u> <u>People v Lopez</u>, 6 NY3d 248, 256 [2006]) — the latter of which did not occur here.  Therefore, we grant counsel's application for leave to withdraw and assign new counsel (<u>see</u> <u>People v Stokes</u>, 95 NY2d 633, 635-636, 639 [2001]; <u>see also</u> <u>Anders v California</u>, 386 US 738, 744 [1967]; <u>Ellis v United States</u>, 356 US 674, 675 [1958]).

Peters, P.J., Stein, McCarthy, Egan Jr. and Lynch, JJ., concur.

ORDERED that the decision is withheld, application to be relieved of assignment granted and new counsel to be assigned.

ENTER:

Robert D. Mayberger
Clerk of the Court